Date: 1/23/09

Judge: Brinkema
Reporter: Thomson

Start: 10:21
Finish: 10:48

Civil Action Number: 1:08cv888

Donald Clark vs. The Vanadium Group, SSI Service Inc. et al

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:
A motion - Summary Judgment

Argued &
(✓) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow