IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DONALD CLARK,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        1:08cv888 (LMB/TCB)
                                       )
THE VANADIUM GROUP, SSI SERVICE,       )
INC., et al.,                          )
                                       )
        Defendants.                    )

## ORDER

For the reasons stated in open court, defendant SSI

Services, Inc.'s Motion for Summary Judgment [57] is GRANTED, and

defendant SSI Services, Inc.'s Motion to Strike Spence L. Cooper

Ph.D [59] is DENIED as MOOT; and, it is hereby

ORDERED that all claims against defendant SSI Services, Inc.

be and are DISMISSED WITH PREJUDICE.[1]

The Clerk is directed to enter judgment pursuant to Fed. R.

Civ. P. 58 in favor of defendant SSI Services, Inc. and to

forward copies of this Order to counsel of record.

Entered this 23rd day of January, 2009.

                                        /s/
                                        _____
Alexandria, Virginia                    Leonie M. Brinkema
                                        United States District Judge

---

[1] Although Vanadium Group, SSI Services, Inc. was named as one defendant, Vanadium Group and SSI Services, Inc. are actually two separate entities. Plaintiff brought claims against SSI Services, Inc., but did not bring any claims against Vanadium Group. As the claims against SSI Services, Inc. have been resolved by the grant of summary judgment, this civil action shall be terminated.