

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

DONALD CLARK,              )
                           )
   Plaintiff,              )
                           )
v.                         )   Civil Action No.
                           )   1:08cv888  (LMB/TCB)
                           )
THE VANADIUM GROUP, SSI SERVICE, )
INC., et al.,              )
                           )
   Defendant.              )

## JUDGMENT

Pursuant to the order of this Court entered on January 23, 2009 and in accordance with Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of the defendant, The Vanadium Group, SSI Service, Inc., et al.

FERNANDO GALINDO, CLERK

By: /s/
Y. Guyton, Deputy Clerk

Dated: 1/23/2009
Alexandria, Virginia